UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., SUCCESSOR BY MERGER TO CHASE HOME FINANCE, LLC, SERVICING AGENT FOR MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BENEFICIARY SOLELY AS NOMINEE FOR BNC MORTGAGE INC., ITS SUCCESSOR AND ASSIGNS,<br><br>                 Plaintiff,<br>  v.<br><br>TAD MICHAEL PRIZANT; DEVIN DERHAM-BURK TRUSTEE REGARDING DEBTOR TAD MICHAEL PRIZANT'S PETITION UNDER CHAPTER 13 OF THE UNITED STATES BANKRUPTCY CODE, and DOES 1-10, INCLUSIVE,<br><br>                 Defendants. | Case No.: 12-CV-06577-LHK<br><br>ORDER DIRECTING PARTIES TO FILE CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE |

In the parties' Joint Case Management Statement of June 21, 2013, ECF No. 30, both parties indicated that they are now willing to have a Magistrate Judge conduct all further proceedings in the case. If the parties wish to proceed before a Magistrate Judge, they shall file consents to proceed before a United States Magistrate Judge by June 24, 2013, at 5:00 p.m. If such consents are filed, the Court will vacate the June 27, 2013 Motion to Dismiss Hearing and Case Management Conference and reassign the case to a Magistrate Judge for all further proceedings.

**IT IS SO ORDERED.**

Dated: June 21, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-06577-LHK
ORDER DIRECTING PARTIES TO FILE CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE