1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11  | JPMORGAN CHASE BANK, N.A., | )  | Case No.: 12-CV-06577-LHK
12  | SUCCESSOR BY MERGER TO CHASE | ) |
    | HOME FINANCE, LLC, SERVICING AGENT | ) | ORDER DIRECTING TRUSTEE TO
13  | FOR MORTGAGE ELECTRONIC | ) | FILE CONSENT OR DECLINATION TO
    | REGISTRATION SYSTEMS, INC., | ) | PROCEED BEFORE A MAGISTRATE
14  | BENEFICIARY SOLELY AS NOMINEE FOR | ) | JUDGE
    | BNC MORTGAGE INC., ITS SUCCESSOR | ) |
15  | AND ASSIGNS, | ) |
16  |  | ) |
    | Plaintiff, | ) |
17  | v. | ) |
    |  | ) |
18  | TAD MICHAEL PRIZANT; DEVIN | ) |
19  | DERHAM-BURK TRUSTEE REGARDING | ) |
    | DEBTOR TAD MICHAEL PRIZANT'S | ) |
20  | PETITION UNDER CHAPTER 13 OF THE | ) |
    | UNITED STATES BANKRUPTCY CODE, and | ) |
21  | DOES 1-10, INCLUSIVE, | ) |
22  |  | ) |
    | Defendants. | ) |
23  |_____ | ) |

24          Both Plaintiff JPMorgan Chase and Defendant Tad Michael Prizant filed consents to

25  proceed before a Magistrate Judge for all purposes on June 25, 2013.

26          However, this case cannot be reassigned without the consent of Defendant Devin Derhham-

27  Burk, the trustee appointed to administer Defendant Prizant's Chapter 13 bankruptcy proceeding

28  (the "Trustee").  The Trustee was served on January 13, 2013, by substituted service to Defendant

Prizant.  ECF No. 10.  The Trustee has not made any appearance or filing in this action.  The

Case No.: 12-CV-06577-LHK
ORDER DIRECTING TRUSTEE TO FILE CONSENT OR DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

Trustee is hereby ORDERED to file a consent or declination to proceed before a Magistrate Judge for all purposes by June 28, 2013.  The parties shall serve a copy of this Order on the Trustee by June 26, 2013.

Accordingly, the Motion to Dismiss Hearing and Case Management Conference set for June 27, 2013, are CONTINUED to July 25, 2013, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: June 25, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.: 12-CV-06577-LHK
ORDER DIRECTING TRUSTEE TO FILE CONSENT OR DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE