**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., SUCCESSOR BY MERGER TO CHASE HOME FINANCE, LLC, SERVICING AGENT FOR MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BENEFICIARY SOLELY AS NOMINEE FOR BNC MORTGAGE INC., ITS SUCCESSOR AND ASSIGNS,<br><br>              Plaintiff,<br>    v.<br><br>TAD MICHAEL PRIZANT; DEVIN DERHAM-BURK TRUSTEE REGARDING DEBTOR TAD MICHAEL PRIZANT'S PETITION UNDER CHAPTER 13 OF THE UNITED STATES BANKRUPTCY CODE, and DOES 1-10, INCLUSIVE,<br><br>              Defendants. | Case No.: 12-CV-06577-LHK<br><br>ORDER DIRECTING TRUSTEE TO FILE CONSENT OR DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE |

Both Plaintiff JPMorgan Chase and Defendant Tad Michael Prizant filed consents to proceed before a Magistrate Judge for all purposes on June 25, 2013.

However, this case cannot be reassigned without the consent of Defendant Devin Derhham-Burk, the trustee appointed to administer Defendant Prizant's Chapter 13 bankruptcy proceeding (the "Trustee"). The Trustee was served on January 13, 2013, by substituted service to Defendant Prizant. ECF No. 10. The Trustee has not made any appearance or filing in this action. The

Case No.: 12-CV-06577-LHK
ORDER DIRECTING TRUSTEE TO FILE CONSENT OR DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE

Trustee is hereby ORDERED to file a consent or declination to proceed before a Magistrate Judge for all purposes by June 28, 2013.  The parties shall serve a copy of this Order on the Trustee by June 26, 2013.

      Accordingly, the Motion to Dismiss Hearing and Case Management Conference set for June 27, 2013, are CONTINUED to July 25, 2013, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: June 25, 2013

                                                                  _____
                                                                    LUCY H. KOH
                                                                    United States District Judge

Case No.: 12-CV-06577-LHK
ORDER DIRECTING TRUSTEE TO FILE CONSENT OR DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE