*E-Filed: September 10, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A., | No. C12-06577 HRL |
| Plaintiff, | **ORDER REMOVING DOCKET ENTRY** |
| v. | |
| TAD MICHAEL PRIZANT, | |
| Defendant. | |

The clerk is hereby directed to remove the erroneously filed docket #42 in the above captioned case.

**IT IS SO ORDERED.**

Dated:  September 10, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C12-06577 Notice will be electronically mailed to:**

LaShon Harris     lharris@alvaradosmith.com, mault@alvaradosmith.com

Nanette Dumas     ndumas@ch13sj.com

Sung-Min Christopher Yoo     cyoo@alvaradosmith.com, crosas@alvaradosmith.com, jyoung@alvaradosmith.com, mault@alvaradosmith.com

Tad Michael Prizant     prizantt@yahoo.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**