*E-Filed: September 10, 2013*

**United States District Court**
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JP MORGAN CHASE BANK, N.A.,                No. C12-06577 HRL

         Plaintiff,          **ORDER REMOVING DOCKET
   v.                                           ENTRY**

TAD MICHAEL PRIZANT,

         Defendant.
_____/

     The clerk is hereby directed to remove the erroneously filed docket #42 in the above
captioned case.

     **IT IS SO ORDERED.**

Dated:  September 10, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1   **C12-06577 Notice will be electronically mailed to:**

2   LaShon Harris    lharris@alvaradosmith.com, mault@alvaradosmith.com

3   Nanette Dumas    ndumas@ch13sj.com

4   Sung-Min Christopher Yoo    cyoo@alvaradosmith.com, crosas@alvaradosmith.com, jyoung@alvaradosmith.com, mault@alvaradosmith.com

5   Tad Michael Prizant    prizantt@yahoo.com

6
7   **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

**United States District Court**
For the Northern District of California

2