S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
SHERI M. KANESAKA (CA Bar No. 240053)
skanesaka@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel:  (714) 852-6800
Fax: (714) 852-6899

Attorneys for Plaintiff
JPMORGAN CHASE BANK, N.A., successor by merger to CHASE HOME FINANCE LLC, Servicing Agent for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., Beneficiary Solely as Nominee for BNC MORTGAGE, INC., its Successors and Assigns

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., Successor by Merger to CHASE HOME FINANCE LLC, Servicing Agent for MORTGAGE ELECTRONIS REGISTRATIONS SYSTEMS, INC., Beneficiary Solely as Nominee for BNC MORTGAGE INC., its Successor and Assigns,<br><br>    Plaintiff,<br><br>v.<br><br>TAD MICHAEL PRIZANT; DEVIN DERHAM-BURK, TRUSTEE REGARDING DEBTOR TAD MICHAEL PRIZANT'S PETITION UNDER CHAPTER 13 OF THE UNITED STATES BANKRUPTCY CODE, and DOES 1-10, INCLUSIVE<br><br>    Defendants. | **CASE NO.:** 12-cv-06577-HRL<br><br>**JUDGE:**  Howard R. Lloyd<br><br>**JUDGMENT PER STIPULATION**<br><br>**ACTION FILED:**    January 2, 2013 |

///

///

///

Having considered plaintiff JPMorgan Chase Bank, N.A.'s, successor by merger to Chase Home Finance LLC, Servicing Agent for Mortgage Electronic Registration Systems, Inc., Beneficiary Solely as Nominee for BNC Mortgage, Inc., its Successors and Assigns ("JPMorgan" or "Plaintiff") and defendant Tad Prizant's ("Defendant") joint stipulation for entry of judgment, and good cause appearing thereto,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. Judgment in favor of Plaintiff and against Defendant shall be entered as to Plaintiff's First Cause of Action for Declaratory Relief.

2. The deed of trust securing payment of a loan in the principal amount of $413,250.00 ("Loan") that Defendant borrowed from BNC Mortgage, Inc. ("Originator"), and recorded as to real property commonly known as 1390 Saddle Rack Street, Number 230, San Jose, California 95126 ("Subject Property"), on June 28, 2005 as Instrument Number 18442653 ("DOT"), is a valid lien that encumbers the Subject Property.

3. The Loan was originated in compliance with all applicable regulations, including the Truth in Lending Act, 15 U.S.C. §§ 1601 *et seq.* ("TILA"), and Defendant was provided with the required disclosures.

4. Although Defendant received two copies of his "Notice of Right to Cancel" pursuant to the TILA, in connection with obtaining the Loan, Defendant did not exercise this right within the three day period.

5. Defendant does not and will not contest or challenge in any manner foreclosure of the Subject Property by JPMorgan and/or its assignee(s) or grantee(s).

6. Plaintiffs' Second, Third, and Fourth Causes of Action against Defendant are dismissed without prejudice.

///
///
///
///

1    7.    Each side to bear its or his own fees and costs.

3    **IT IS SO ORDERED.**

6    DATED: June 6, 2014                    By: _____
                                                United States ~~District Court~~ Judge
                                                              Magistrate
                                                HOWARD R. LLOYD

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA